**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00716-CV

**JOSE SYLVESTERE LOPEZ, Appellant**

**V.**

**CLAUDIA LOPEZ, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-05531-S**

## ORDER

Before the Court are appellant's October 3, 2013 and October 7, 2013 motions for an extension of time to file an amended brief. We **GRANT** the motions **TO THE EXTENT** that appellant shall file his amended brief on or before **NOVEMBER 12, 2013**.

/Ada Brown/
ADA BROWN
JUSTICE